IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUEST LICENSING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-561 (GMS) |
| | ) | CONSOLIDATED |
| BLOOMBERG L.P. and | ) | |
| BLOOMBERG FINANCE L.P., | ) | |
| | ) | |
| Defendants. | ) | |
| QUEST LICENSING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERACTIVE DATA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| QUEST LICENSING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE CHARLES SCHWAB CORP. and | ) | |
| CHARLES SCHWAB & CO., INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RENEWED MOTION FOR ATTORNEYS' FEES

Pursuant to the Court's June 29, 2017 Order (D.I. 243), 35 U.S.C. § 285, and FED. R. CIV.

P. 54(d), Defendants Bloomberg L.P. and Bloomberg Finance L.P.; Interactive Data

Corporation; and The Charles Schwab Corp. and Charles Schwab & Co., Inc. (collectively,

"Defendants") hereby renew their motion for a declaration that this is an exceptional case and for

an award of attorneys' fees against Plaintiff.

Defendants' brief in support of their motion and Declaration of Olivia Kim with Exhibits CC-FF are filed concurrently herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

OF COUNSEL:

Michael Levin
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304
(650) 320-4929

Olivia M. Kim
Edward G. Poplawski
WILSON SONSINI GOODRICH & ROSATI PC
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071
(323) 210-2904

Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
mflynn@mnat.com

*Attorneys for Defendants Bloomberg L.P.,*
*Bloomberg Finance L.P., The Charles Schwab*
*Corporation and Charles Schwab & Co., Inc.*

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

OF COUNSEL:

Robert S. Mallin
BRINKS GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4200

August 8, 2018

*Attorneys for Defendant*
*Interactive Data Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 8, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on August 8, 2018, upon the following in the manner indicated:

Stephen B. Brauerman, Esquire                          *BY ELECTRONIC MAIL*
Sara E. Bussiere, Esquire
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
*Attorneys for Plaintiff*

Alfred R. Fabricant, Esquire                             *BY ELECTRONIC MAIL*
Lawrence C. Drucker, Esquire
Peter Lambrianakos, Esquire
Vincent Rubino III, Esquire
Alessandra C. Messing, Esquire
Shahar Harel, Esquire
BROWN RUDNICK LLP
7 Times Square
New York, NY  10036
*Attorneys for Plaintiff*

David E. Moore, Esquire                                  *BY ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
Stephanie E. O'Byrne , Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Interactive Data Corporation*

Robert S. Mallin, Esquire                                        *BY ELECTRONIC MAIL*
James R. Sobieraj, Esquire
BRINKS GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaze Driver
Chicago, IL  60611
*Attorneys for Interactive Data Corporation*


                                            */s/ Michael J. Flynn*
                                            _____
                                            Michael J. Flynn (#5333)